The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>SICHUAN CHANGHONG ELECTRIC COMPANY, LTD.,<br><br>                    Defendant. | CASE NO. C13-02245-JCC<br><br>JOINT STIPULATED MOTION AND [PROPOSED] ORDER REQUESTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT BY 30 DAYS PURSUANT TO LCR 7(d)(1)<br><br>**NOTE ON MOTION CALENDAR:<br>February 21, 2014** |

**STIPULATION**

Pursuant to Local Civil Rule 7(d)(1), Plaintiff Microsoft Corporation ("Microsoft") and Specially Appearing Defendant Sichuan Changhong Electric Company, Ltd. ("Changhong"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Microsoft initiated this action on December 17, 2013;

WHEREAS, Changhong agreed to waive service of a summons and the complaint in this action;

WHEREAS, Changhong's current deadline to respond to the Complaint is March 5, 2014;

WHEREAS, the parties are currently involved in settlement negotiations in an attempt to settle this matter in its early stages;

JOINT STIPULATED MOTION AND [PROPOSED] ORDER REQUESTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT BY 30 DAYS PURSUANT TO LCR 7(d)(1) - 1
CASE NO. C13-02245-JCC
4845-6163-5864.v2

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1  WHEREAS, in light of the fact that the parties are currently engaged in on-going

2  settlement negotiations, the parties have agreed that the deadline for Changhong to respond to the

3  Complaint may be extended by thirty (30) days, to and including April 4, 2014;

4  WHEREAS, no previous extension of time has been requested;

5  WHEREAS, by filing this stipulated motion to extend time to respond to the Complaint,

6  Changhong does not make a general appearance or waive any jurisdictional defenses or objections,

7  including but not limited to defenses or objections for lack of personal jurisdiction or improper

8  venue.  *See Benny v. Pipes,* 799 F.2d 489, 493 (9th Cir. 1986) (filing motion to extend time to

9  respond to complaint did not constitute general appearance or waiver of jurisdictional objections);

10  DATED this 21st day of February, 2014.

11  K&L GATES LLP
Attorneys for Plaintiff Microsoft Corporation

SUMMIT LAW GROUP PLLC
Attorneys for Specially Appearing Defendant
Sichuan Changhong Electric Company, Ltd.

By */s/ David L. Bateman*
David A. Bateman, WSBA #14262
david.bateman@klgates.com

By */s/ Philip S. McCune*
By */s/ Denise L. Ashbaugh*
Philip S. McCune, WSBA #21081
Denise L. Ashbaugh, WSBA #28512
philm@summitlaw.com
denisea@summitlaw.com

## ORDER

Based on the above Stipulation of the parties, IT IS HEREBY ORDERED that

Changhong's deadline to respond to the Complaint shall be extended by thirty (30) days, to and

including April 4, 2014.

IT IS SO ORDERED

DATED this _____ day of _____, 2014.

THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

JOINT STIPULATED MOTION AND [PROPOSED] ORDER
REQUESTING EXTENSION OF TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT BY 30 DAYS PURSUANT
TO LCR 7(d)(1) - 2
CASE NO. C13-02245-JCC

4845-6163-5864.v2

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

*Presented by:*

| | |
|---|---|
| K&L GATES LLP<br>Attorneys for Plaintiff Microsoft Corporation | SUMMIT LAW GROUP PLLC<br>Attorneys for Specially Appearing Defendant Sichuan Changhong Electric Company, Ltd. |
| By */s/ David A. Bateman*<br>   David A. Bateman, WSBA #14262<br>   david.bateman@klgates.com | By */s/ Philip S. McCune*<br>By */s/ Denise L. Ashbaugh*<br>   Philip S. McCune, WSBA #21081<br>   Denise L. Ashbaugh, WSBA #28512<br>   philm@summitlaw.com<br>   denisea@summitlaw.com |

JOINT STIPULATED MOTION AND [PROPOSED] ORDER REQUESTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT BY 30 DAYS PURSUANT TO LCR 7(d)(1) - 3
CASE NO. C13-02245-JCC

4845-6163-5864.v2

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001