The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>SICHUAN CHANGHONG ELECTRIC COMPANY, LTD.,<br><br>               Defendant. | CASE NO. C13-02245-JCC<br><br>JOINT STIPULATED MOTION AND [PROPOSED] ORDER REQUESTING FURTHER EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT BY 30 DAYS PURSUANT TO LCR 7(d)(1)<br><br>**NOTE ON MOTION CALENDAR:**<br>**March 21, 2014** |

**STIPULATION**

Pursuant to Local Civil Rule 7(d)(1), Plaintiff Microsoft Corporation ("Microsoft") and Specially Appearing Defendant Sichuan Changhong Electric Company, Ltd. ("Changhong"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Microsoft initiated this action on December 17, 2013;

WHEREAS, Changhong agreed to waive service of a summons and the complaint in this action;

WHEREAS, upon joint motion of the parties, on February 21, 2014, the Court granted a 30-day extension of time for Changhong to respond to the Complaint;

WHEREAS, Changhong's current deadline to respond to the Complaint is April 4, 2014;

JOINT STIPULATED MOTION AND [PROPOSED] ORDER REQUESTING FURTHER EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT BY 30 DAYS PURSUANT TO LCR 7(d)(1) - 1
CASE NO. C13-02245-JCC

4820-9550-8761.v2

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

WHEREAS, the parties have made progress and are diligently continuing to work on the negotiation and documentation of a proposed settlement of this matter, with the goal of avoiding the need for litigation between the parties, and which the parties hope will result in the removal of this matter from the Court's docket;

WHEREAS, by filing this stipulated motion to extend time to respond to the Complaint, Changhong does not make a general appearance or waive any jurisdictional defenses or objections, including but not limited to defenses or objections for lack of personal jurisdiction or improper venue.  *See Benny v. Pipes,* 799 F.2d 489, 493 (9th Cir. 1986) (filing motion to extend time to respond to complaint did not constitute general appearance or waiver of jurisdictional objections);

NOW THEREFORE, in light of the fact that the parties are currently engaged in continuing, extensive, good faith settlement negotiation and documentation efforts, the parties hereby jointly respectfully request that the deadline for Changhong to respond to the Complaint be extended by a further thirty (30) days, to and including May 5, 2014.

DATED this 21st day of March, 2014.

| K&L GATES LLP<br>Attorneys for Plaintiff Microsoft Corporation | SUMMIT LAW GROUP PLLC<br>Attorneys for Specially Appearing Defendant Sichuan Changhong Electric Company, Ltd. |
|---|---|
| By */s/ David L. Bateman*<br>    David A. Bateman, WSBA #14262<br>    david.bateman@klgates.com | By */s/ Philip S. McCune*<br>By */s/ Denise L. Ashbaugh*<br>    Philip S. McCune, WSBA #21081<br>    Denise L. Ashbaugh, WSBA #28512<br>    philm@summitlaw.com<br>    denisea@summitlaw.com |

### ORDER

Based on the above Stipulation of the parties, IT IS HEREBY ORDERED that Changhong's deadline to respond to the Complaint shall be extended by thirty (30) days, to and including May 5, 2014.

JOINT STIPULATED MOTION AND [PROPOSED] ORDER
REQUESTING FURTHER EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT BY 30 DAYS
PURSUANT TO LCR 7(d)(1) - 2
CASE NO. C13-02245-JCC

4820-9550-8761.v2

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1  IT IS SO ORDERED

2  DATED this _____ day of _____, 2014.

3

4
                                                              _____
                                                              THE HONORABLE JOHN C. COUGHENOUR
5                                                             UNITED STATES DISTRICT JUDGE

6  *Presented by:*

7  K&L GATES LLP                                              SUMMIT LAW GROUP PLLC
   Attorneys for Plaintiff Microsoft Corporation              Attorneys for Specially Appearing Defendant
8                                                             Sichuan Changhong Electric Company, Ltd.

9

10 By */s/ David A. Bateman*                                  By */s/ Philip S. McCune*
      David A. Bateman, WSBA #14262                           By */s/ Denise L. Ashbaugh*
11    david.bateman@klgates.com                                  Philip S. McCune, WSBA #21081
                                                                 Denise L. Ashbaugh, WSBA #28512
12                                                               philm@summitlaw.com
                                                                 denisea@summitlaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATED MOTION AND [PROPOSED] ORDER                  SUMMIT LAW GROUP PLLC
REQUESTING FURTHER EXTENSION OF TIME FOR                      315 FIFTH AVENUE SOUTH, SUITE 1000
DEFENDANT TO RESPOND TO COMPLAINT BY 30 DAYS                  SEATTLE, WASHINGTON 98104-2682
PURSUANT TO LCR 7(d)(1) - 3                                   Telephone: (206) 676-7000
CASE NO. C13-02245-JCC                                        Fax: (206) 676-7001

4820-9550-8761.v2