Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

                Plaintiff,

v.

SICHUAN CHANGHONG ELECTRIC COMPANY, LTD.,

                Defendants.

No.: 2:13-cv-02245-JCC

JOINT MOTION FOR CONSENT ORDER

The parties to the above-captioned action respectfully submit this Joint Motion for Consent Order, though their respective counsel of record, with reference to the following facts:

    1. The parties have reached an amicable settlement of this matter without any admission of wrongdoing, conditioned on the entry of the proposed Consent Order below, in order to avoid the time and expense of litigation.

    2. The parties jointly respectfully request that the Court enter the proposed Consent Order below.

CONSENT ORDER

This matter came before the Court on the parties' stipulated motion for entry of this order. Based on the parties' motion, the Court hereby orders that defendant Sichuan Changhong Electric Company, Ltd. and its employees and agents acting on its behalf are

JOINT MOTION FOR CONSENT ORDER - 1
Case No. 2:13-cv-02245-JCC

1  permanently enjoined from and shall refrain from intentionally accessing Microsoft's
2  activation servers without authorization.

3      The Court will retain jurisdiction of this matter for purposes of enforcing the terms of
4  this Consent Order.

5      DATED this _____ day of _____, 2014.

6

7
                                              THE HONORABLE JOHN C. COUGHENOUR
8                                                UNITED STATES DISTRICT JUDGE

9  *Presented by:*

10 K&L GATES LLP                               SUMMIT LAW GROUP PLLC
11 Attorneys for Plaintiff Microsoft Corporation    Attorneys for Specially Appearing Defendant
                                                         Sichuan Changhong Electric Company, Ltd.
12

13 By _____      By _____
     David A. Bateman, WSBA #14262            Philip S. McCune, WSBA #21081
14      david.bateman@klgates.com                 Denise L. Ashbaugh, WSBA #28512
                                                         philm@summitlaw.com
15                                                           denisea@summitlaw.com

16 And by:

17 Emily Johnson Henn
   Matthew D. Kellogg
18 COVINGTON & BURLING LLP
   333 Twin Dolphin Drive, Suite 700
19 Redwood Shores, California 94065-1418
   (650) 632-4700
20 ehenn@cov.com
   mkellogg@cov.com
21
   Tom Burt
22 MICROSOFT CORPORATION
   One Microsoft Way
23 Redmond, Washington 98052-7329

24 K:\2000118\00021\20332_DAB\20332P250S

25

26

27

JOINT MOTION FOR CONSENT ORDER - 2
Case No. 2:13-cv-02245-JCC