THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>SICHUAN CHANGHONG ELECTRIC COMPANY LTD,<br><br>                Defendant. | CASE NO. C13-2245-JCC<br><br>CONSENT ORDER |

This matter comes before the Court on the parties' Joint Motion for Consent Order. (Dkt. No. 24.) Upon review of the parties' motion and the stipulated facts therein, the Court GRANTS the motion. It is accordingly ORDERED that Defendant Sichuan Changhong Electric Company, Ltd., and its employees and agents acting on its behalf are permanently enjoined from and shall refrain from intentionally accessing Microsoft's activation servers without authorization.

The Clerk is respectfully directed to close this case.

//
//
//
//
//
//

CONSENT ORDER
PAGE - 1

1     DATED this 23rd day of May 2014.

 

                                                              John C. Coughenour
                                                              UNITED STATES DISTRICT JUDGE

CONSENT ORDER
PAGE - 2